**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS – BENTON DIVISION**

| | | |
|---|---|---|
| JANE DOE, Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEACONESS ILLINOIS UNION COUNTY HOSPITAL D/B/A DEACONESS ILLINOIS UNION COUNTY D/B/A UNION COUNTY HOSPITAL,<br><br>Defendant. | ) | Case No. 3:24-cv-02284-NJR<br><br>The Honorable Nancy J. Rosenstengel, Judge |

**RULE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Deaconess Illinois Union County, by and through its undersigned counsel, respectfully moves the Court to dismiss plaintiff Jane Doe's complaint with prejudice under Rule 12(b)(6) of the Federal Civil Rules for failure to state a claim upon which relief can be granted. Deaconess Illinois Union County is contemporaneously submitting a memorandum in support of this motion, which is attached to this motion and expressly incorporated by reference herein. Assuming plaintiff Doe does not amend her complaint in response to the motion, Deaconess Illinois Union County also intends to separately move the Court for oral argument on the motion.

WHEREFORE, Deaconess Illinois Union County respectfully requests that this Court grant this motion, and dismiss plaintiff Doe's complaint with prejudice for failure to state a claim for which relief can be granted under Rule 12(b)(6).

Dated: December 23, 2024

Respectfully submitted,

**DEACONESS ILLINOIS UNION COUNTY**

By: /s/ *Paul G. Karlsgodt*
Paul G. Karlsgodt
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202
(303) 764-4013
pkarlsgodt@bakerlaw.com

David Carney (*application to Southern District of Illinois forthcoming)*
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 861-7634
dcarney@bakerlaw.com

*Counsel for Defendant Deaconess Illinois Union County Hospital, Inc. d/b/a Deaconess Illinois Union County*

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2024, I filed the foregoing *Rule 12(b)(6) Motion to Dismiss* with the Court's ECF system. A copy will be sent electronically to all counsel of record by operation of the ECF system.

*/s/ Paul G. Karlsgodt*
*One of the attorneys for defendant Deaconess Illinois Union County*