IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DEACONESS ILLINOIS UNION COUNTY HOSPITAL, INC. d/b/a DEACONESS ILLINOIS UNION COUNTY d/b/a UNION COUNTY HOSPITAL,<br><br>*Defendant*. | Civil No. 3:24-cv-02284-NJR<br><br>**LEAD**<br><br>CJRA Track: D<br><br>Hon. Nancy J. Rosenstengel, Chief Judge |
| JOEL JUENGER, individual, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DEACONESS HEALTH SYSTEM, INC., DEACONESS ILLINOIS RED BUD REGIONAL HOSPITAL, INC., and RED BUD ILLINOIS HOSPITAL COMPANY, LLC d/b/a RED BUD REGIONAL HOSPITAL<br><br>*Defendants*. | Civil No. 3:24-cv-02332-NJR<br><br>CJRA Track: D<br><br>Hon. Nancy J. Rosenstengel, Chief Judge |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER ON ESI PROTOCOL**

Pursuant to paragraph eight of the Court's December 2, 2025 Scheduling and Discovery Order the parties respectfully submit an agreed Stipulated Order on ESI Protocol for the Court's review and entry. The parties have conferred over the agreed protocol which is confirmed through the signatures below. The parties are also

1

submitting the proposed ESI protocol to the Court via email in a word format so the Court has that as well.

Should the Court need anything else or wish to discuss this matter the parties are available at the convenience of the Court.

DATED this 23rd day of December, 2025.

| | |
|---|---|
| */s/ John C. Roberts w/permission* | */s/ David Carney* |
| J. Gerard Stranch , IV | David Carney |
| Andrew E Mize* | **BAKER & HOSTETLER LLP** |
| John C. Roberts* | 127 Public Square, Suite 2000 |
| **STRANCH, JENNINGS & GARVEY, PLLC** | Cleveland, OH 44114 |
| | Telephone: 216-621-0200 |
| 223 Rosa L. Parks Avenue, Suite 200 | dcarney@bakerlaw.com |
| Nashville, TN 37203 | |
| Telephone: 615-254-8801 | *Attorneys for Defendants Deaconess Illinois Union County Hospital, Inc., Deaconess Health System, Inc., and Deaconess Illinois Red Bud Regional Hospital, Inc.* |
| amize@stranchlaw.com | |
| gstranch@stranchlaw.com | |
| jroberts@stranchlaw.com | |
| | |
| Lynn A. Toops | */s/ Jad Sheikali w/ permission* |
| **COHEN & MALAD, LLP** | Jad Sheikali |
| One Indiana Square | **SHOOK, HARDY & BACON LLP** |
| Suite 1400 | 111 S. Wacker Dr., Ste. 4700 |
| Indianapolis, IN 46204 | Chicago, IL 60606 |
| Telephone: 317-636-6481 | Telephone: 770-560-1098 |
| Fax: 317-636-2593 | jsheikali@shb.com |
| ltoops@cohenmalad.com | |
| | *Attorney for Defendant Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital* |
| *Pro hac vice | |
| | |
| *Attorneys for Plaintiff* | |