# Exhibit A

Case 3:24-cv-02284-NJR   Document 49-1   Filed 01/05/26   Page 1 of 3   Page ID #494

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>DEACONESS ILLINOIS UNION COUNTY HOSPITAL, INC., d/b/a DEACONESS ILLINOIS UNION COUNTY, d/b/a UNION COUNTY HOSPITAL,<br><br>　　Defendant. | Case No. 3:24-CV-02284-NJR |
| JOEL JUENGER, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>DEACONESS HEALTH SYSTEM, INC., DEACONESS ILLINOIS RED BUD REGIONAL HOSPITAL, INC., and RED BUD ILLINOIS HOSPITAL COMPANY, LLC,<br><br>　　Defendants. | Consolidated Action |

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

　　The undersigned hereby acknowledges that he/she has read the Stipulated Protective Order, dated December 30, 2025 in the above captioned action and attached hereto, understands the terms thereof, and agrees to be bound by its terms. The undersigned submits to the jurisdiction of this Court in matters relating to the Stipulated Protective Order and understands that the terms of the Stipulated Protective Order obligate him/her to use materials designated as Confidential Information in accordance with the Stipulated Protective Order solely for the purposes of the above-captioned action, and not to disclose any such Confidential Information to any other person, firm or concern.

　　The undersigned acknowledges that violation of the Stipulated Order may result in penalties for contempt of Court.

Name: _____

Job Title: _____

Employer:_____


Date:_____    _____
                                                    Signature