**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DEACONESS ILLINOIS UNION COUNTY HOSPITAL, INC. d/b/a DEACONESS ILLINOIS UNION COUNTY d/b/a UNION COUNTY HOSPITAL,<br><br>*Defendant*. | Civil No. 3:24-cv-02284-NJR<br><br>**LEAD**<br><br>CJRA Track: D<br><br>Hon. Nancy J. Rosenstengel, Chief Judge |
| JOEL JUENGER, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DEACONESS HEALTH SYSTEM, INC., DEACONESS ILLINOIS RED BUD REGIONAL HOSPITAL, INC., and RED BUD ILLINOIS HOSPITAL COMPANY, LLC d/b/a RED BUD REGIONAL HOSPITAL<br><br>*Defendants*. | Civil No. 3:24-cv-02332-NJR<br><br>CJRA Track: D<br><br>Hon. Nancy J. Rosenstengel, Chief Judge |

**<u>STIPULATION OF VOLUNTARY DISMISSAL</u>**

Plaintiffs JANE DOE and JOEL JUENGER ("Plaintiffs"), individually, and Defendants Deaconess Illinois Union County Hospital, Inc. d/b/a Deaconess Illinois Union County d/b/a Union County Hospital, Deaconess Health System, Inc., Deaconess Illinois Red Bud Regional Hospital, Inc., and Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital

("Defendants," and together with Plaintiffs, the "Parties"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate and agree to the voluntary dismissal of the above-captioned cases ***with prejudice*** as to Plaintiffs' individual claims.

A settlement agreement has been finalized between the Parties. Defendants have not served a motion for summary judgment. Each party shall bear its own fees and costs.

Dated: October 23, 2026

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch , IV (*pro hac vice*)
Andrew E Mize (*pro hac vice*)
John C. Roberts (*pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
amize@stranchlaw.com
gstranch@stranchlaw.com
jroberts@stranchlaw.com

Lynn A. Toops
**COHEN & MALAD, LLP**
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Fax: 317-636-2593
ltoops@cohenmalad.com

*Attorneys for Plaintiff*

*/s/ David Alan Carney*
David Alan Carney
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216-621-0200
dcarney@bakerlaw.com

*Attorneys for Defendants Deaconess Illinois Union County Hospital, Inc., Deaconess Health System, Inc., and Deaconess Illinois Red Bud Regional Hospital, Inc.*

*/s/ Jad Sheikali*
Jad Sheikali
**SHOOK, HARDY & BACON LLP**
111 S. Wacker Dr., Ste. 4700
Chicago, IL 60606
Telephone: 770-560-1098
jsheikali@shb.com

*Attorney for Defendant Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2026 the foregoing was filed with the Clerk of the Court using the Court's CM/ECF filing system, which will serve on all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV